# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics in Government Act of 1978.
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fawsett, Patricia C | U.S. District Court FL-M | 05/05/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge | ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final | 01/01/2005 to 12/31/2005 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 80 N. Hughey Ave. Orlando, FL 32801 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member-Board of Trustees | University of Florida / Levin College of Law |
| 2. Honorary Founding Trustee | The Negro Spiritual Scholarship Foundation, Inc. |
| 3. Member- Board of Directors | Bok Tower Gardens Foundation, Inc. |
| 4. Director | Historical Society of the United States District Court for the Middle District of Florida, Inc. |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 MAY 17 A 11:44 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | U.S.A.I.D government sponsored through Checchi and Company Consulting, Inc. | Nov 28 - Dec 3 / Taught a seminar to judges and court secretaries of Monte Negro (transportation, hotal and meals) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependant children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AIM FUNDS Aim Constellation | | None | | | Sold | 4-7 | J | C | |
| 2. AMERICAN FUNDS -Fundamental Investors Fund A | A | Dividend | L | T | | | | | |
| 3. AMERICAN FUNDS -Growth Fund of America A | A | Dividend | L | T | Partial Sale | 6-3 | K | C | |
| 4. AMERICAN FUNDS -Investment Company of America A | A | Dividend | K | T | Partial Sale | 6-3 | K | B | |
| 5. AMERICAN FUNDS-New Economy Fund A | | None | | | Sold | 6-3 | K | C | |
| 6. LORD ABBETT FUNDS- Affiliated Fund A | A | Dividend | L | T | Buy | 6-8 | K | | |
| 7. LORD ABBETT FUNDS- MidCap Fund A | A | Dividend | K | T | | | | | |
| 8. LORD ABBETT FUNDS-Global Equity Fund A | | None | | | Sold | 6-8 | J | B | |
| 9. LORD ABBETT FUNDS -International Series Fund A | | None | | | Sold | 6-8 | J | B | |
| 10. AMERICAN FUNDS -American Balanced Fund A | B | Dividend | K | T | | | | | |
| 11. AMERICAN FUNDS - Bond Fund of America A | B | Dividend | K | T | | | | | |
| 12. AMERICAN FUNDS - Income Fund of America A | B | Dividend | K | T | | | | | |
| 13. ANCH NATL / SUN AMERICA/ Polaris II Annuity/Alliance Growth | | | | | Sold | 5-20 | J | D | |
| 14. ANCH NATL / SUN AMERICA/ Polaris II Annuity/Putnam G&I | | | | | Sold | 5-20 | J | D | |
| 15. ANCH NATL / SUN AMERICA / Polaris II Annuity/Wellington Grth | | | | | Sold | 5-20 | K | D | |
| 16. Hillsbourough County FL Utility Bond | C | Interest | L | T | | | | | |
| 17. PUTNAM FUNDS -Putnam Fund for Growth & Income | | | | | Sold | 5-11 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▓▓▓▓▓▓▓▓ Orange Cty FL Real Est | | | J | R | | | | | |
| 19. PUTNAM FUNDS - George Putnam Fund A | A | Dividend | K | T | | | | | |
| 20. ANCH NATL LIFE INS ANNTY /Polaris II / Davis Venture | A | Dividend | K | T | | | | | |
| 21. ANCH NATL LIFE INS ANNTY /Polaris II/ Davis Real Estate | A | Dividend | K | T | | | | | |
| 22. ANCH NATL LIFE INS ANNTY /Polaris II/ MFS MidCapGrth | A | Dividend | J | T | | | | | |
| 23. ANCH NATL LIFE INS ANNTY /Polaris II / MFS T! Return | A | Dividend | K | T | | | | | |
| 24. PUTNAM FUNDS -US Govt Income A | | | | | Sold | 5-11 | K | A | |
| 25. VAN KAMPEN FUNDS -Comstock Fund A | A | Dividend | K | T | Buy | 7-14 | J | | |
| 26. AMERICAN FUNDS - Growth Fund of America A | | None | J | T | | | | | |
| 27. AMERICAN FUNDS - Investment Company of America A | A | Dividend | J | T | | | | | |
| 28. Edward Jones Money Market | A | Dividend | J | T | | | | | |
| 29. HARTFORD FUNDS- Capital Appreciation Fund A | | None | J | T | | | | | |
| 30. HARTFORD FUNDS - Mid Cap Fund A | | None | J | T | | | | | |
| 31. HARTFORD FUNDS - Stock Fund A | A | Dividend | J | T | | | | | |
| 32. VAN KAMPEN FUNDS - Comstock Fund A | A | Dividend | J | T | | | | | |
| 33. PUTNAM FUNDS - New Value Fund A | A | Dividend | J | T | | | | | |
| 34. AMERICAN FUNDS -Smllcap World Fund A | | None | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
   S = Assessment

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. American Funds–Capital Income Builder A | A | Dividend | J | T | Buy | 4-11 | J | | |
| 36. American Funds- Capital World Bond Fund A | A | Dividend | J | T | Buy | 6-9 | J | | |
| 37. American Funds- Capital World Growth and Income Fund A | A | Dividend | K | T | Buy | 6-3 | K | | |
| 38. American Funds-EuroPacificFund A | | None | K | T | Buy | 6-3 | K | | |
| 39. VanKampen Funds-Real Estate Fund A | A | Dividend | K | T | Buy | 6-6 | K | | |
| 40. VanKampen Funds-Real Estate Fund A | A | Dividend | J | T | Buy | 7-14 | J | | |
| 41. Edward Jones Profit Sharing Plan | B | Dividend | K | T | | | | | |
| 42. Edward Jones 401k | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F=$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII

1. Item 8 and Item 44 from 2004 Disclosure Report not reported on 2005 Disclosure Report due to not meeting reporting threshold in 2005.
2. Item 35 from 2004 Disclosure Report now included in Item 42 on 2005 Disclosure Report.
3. Item 41 and 42 on 2005 Disclosure Report listed as single line items per telephone conversation with Mr. John Staley of the AO on May 4, 2006.
4. Item 18 purchased for $5000.00 in 1986.
5. Purchase of real property in 2005 not reported pursuant to Filing Instructions page 34 Part VII per telephone conversation with Mr. John Staley of the AO on May 4, 2006.

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C | 05/05/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____                    Date _May 10, 2006_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

*(5 U.S.C. app. §§101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Fawsett, Patricia C | 2. Court or Organization<br><br>U.S. District Court FL-M | 3. Date of Report<br><br>05/05/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>80 N. Hughey Ave.<br>Orlando, FL 32801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____    Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member-Board of Trustees | University of Florida / Levin College of Law |
| 2. Honorary Founding Trustee | The Negro Spiritual Scholarship Foundation, Inc. |
| 3. Member- Board of Directors | Bok Tower Gardens Foundation, Inc. |
| 4. Director | Historical Society of the United States District Court for the Middle District of Florida, Inc. |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2005 JUL 17 A 11:00 FINANCIAL DISCLOSURE OFFICE

FINANCIAL DISCLOSURE REPORT

Page 2 of 8

Name of Person Reporting

Fawsett, Patricia C

Date of Report

05/05/2006

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | U.S.A.I.D government sponsored through Checchi and Company Consulting, Inc. | Nov 28 - Dec 3 / Taught a seminar to judges and court secretaries of Monte Negro (transportation, hotal and meals) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

X   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

X   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AIM FUNDS Aim Constellation | | None | | | Sold | 4-7 | J | C | |
| 2. AMERICAN FUNDS -Fundamental Investors Fund A | A | Dividend | L | T | | | | | |
| 3. AMERICAN FUNDS -Growth Fund of America A | A | Dividend | L | T | Partial Sale | 6-3 | K | C | |
| 4. AMERICAN FUNDS -Investment Company of America A | A | Dividend | K | T | Partial Sale | 6-3 | K | B | |
| 5. AMERICAN FUNDS-New Economy Fund A | | None | | | Sold | 6-3 | K | C | |
| 6. LORD ABBETT FUNDS- Affiliated Fund A | A | Dividend | L | T | Buy | 6-8 | K | | |
| 7. LORD ABBETT FUNDS- MidCap Fund A | A | Dividend | K | T | | | | | |
| 8. LORD ABBETT FUNDS-Global Equity Fund A | | None | | | Sold | 6-8 | J | B | |
| 9. LORD ABBETT FUNDS -International Series Fund A | | None | | | Sold | 6-8 | J | B | |
| 10. AMERICAN FUNDS -American Balanced Fund A | B | Dividend | K | T | | | | | |
| 11. AMERICAN FUNDS - Bond Fund of America A | B | Dividend | K | T | | | | | |
| 12. AMERICAN FUNDS - Income Fund of America A | B | Dividend | K | T | | | | | |
| 13. ANCH NATL / SUN AMERICA/ Polaris II Annuity/Alliance Growth | | NONE | | | Sold | 5-20 | J | D | |
| 14. ANCH NATL / SUN AMERICA/ Polaris II Annuity/Putnam G&I | A | Dividend | | | Sold | 5-20 | J | D | |
| 15. ANCH NATL / SUN AMERICA / Polaris II Annuity/Wellington Grth | | NONE | | | Sold | 5-20 | K | D | |
| 16. Hillsbourough County FL Utility Bond | C | Interest | L | T | | | | | |
| 17. PUTNAM FUNDS -Putnam Fund for Growth & Income | A | Dividend | | | Sold | 5-11 | K | C | |

1. Income Gain Codes:     A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)       F =$50,001 - $100,000       G =$100,001 - $1,000,000       H1 =$1,000,001 - $5,000,000       H2 =More than $5,000,000
2. Value Codes       J =$15,000 or less       K =$15,001 - $50,000       L =$50,001 - $100,000       M =$100,001 - $250,000
   (See Columns C1 and D3)       N =$250,001 - $500,000       O =$500,001 - $1,000,000       P1 =$1,000,001 - $5,000,000       P2 =$5,000,001 - $25,000,000
3. Value Method Codes       P3 =$25,000,001 - $50,000,000       R =Cost (Real Estate Only)       P4 =More than $50,000,000       T =Cash Market
   (See Column C2)       Q =Appraisal

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE (*No reportable income, assets, or transactions.*)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▮▮▮▮▮▮ Orange Cty FL Real Est | | NONE | J | R | | | | | |
| 19. PUTNAM FUNDS - George Putnam Fund A | A | Dividend | K | T | | | | | |
| 20. ANCH NATL LIFE INS ANNTY /Polaris II / Davis Venture | A | Dividend | K | T | | | | | |
| 21. ANCH NATL LIFE INS ANNTY /Polaris II/ Davis Real Estate | A | Dividend | K | T | | | | | |
| 22. ANCH NATL LIFE INS ANNTY /Polaris II/ MFS MidCapGrth | A | Dividend | J | T | | | | | |
| 23. ANCH NATL LIFE INS ANNTY /Polaris II / MFS TI Return | A | Dividend | K | T | | | | | |
| 24. PUTNAM FUNDS -US Govt Income A | A | Interest | | | Sold | 5-11 | K | A | |
| 25. VAN KAMPEN FUNDS -Comstock Fund A | A | Dividend | K | T | Buy | 7-14 | J | | |
| 26. AMERICAN FUNDS - Growth Fund of America A | | None | J | T | | | | | |
| 27. AMERICAN FUNDS - Investment Company of America A | A | Dividend | J | T | | | | | |
| 28. Edward Jones Money Market | A | Dividend | J | T | | | | | |
| 29. HARTFORD FUNDS- Capital Appreciation Fund A | | None | J | T | | | | | |
| 30. HARTFORD FUNDS - Mid Cap Fund A | | None | J | T | | | | | |
| 31. HARTFORD FUNDS - Stock Fund A | A | Dividend | J | T | | | | | |
| 32. VAN KAMPEN FUNDS - Comstock Fund A | A | Dividend | J | T | | | | | |
| 33. PUTNAM FUNDS - New Value Fund A | A | Dividend | J | T | | | | | |
| 34. AMERICAN FUNDS -Smallcap World Fund A | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F=$50,001 - $100,000 | G=$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C | 05/05/2006 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. American Funds-Capital Income Builder A | A | Dividend | J | T | Buy | 4-11 | J | | |
| 36. American Funds- Capital World Bond Fund A | A | Dividend | J | T | Buy | 6-9 | J | | |
| 37. American Funds- Capital World Growth and Income Fund A | A | Dividend | K | T | Buy | 6-3 | K | | |
| 38. American Funds-EuroPacificFund A | | None | K | T | Buy | 6-3 | K | | |
| 39. VanKampen Funds-Real Estate Fund A | A | Dividend | K | T | Buy | 6-6 | K | | |
| 40. VanKampen Funds-Real Estate Fund A | A | Dividend | J | T | Buy | 7-14 | J | | |
| 41. Edward Jones Profit Sharing Plan | B | Dividend | K | T | | | | | |
| 42. Edward Jones 401k | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII

1. Item 8 and Item 44 from 2004 Disclosure Report not reported on 2005 Disclosure Report due to not meeting reporting threshold in 2005.
2. Item 35 from 2004 Disclosure Report now included in Item 42 on 2005 Disclosure Report.
3. Item 41 and 42 on 2005 Disclosure Report listed as single line items per telephone conversation with Mr. John Staley of the AO on May 4, 2006.
4. Item 18 purchased for $5000.00 in 1986.
5. Purchase of real property in 2005 not reported pursuant to Filing Instructions page 34 Part VII per telephone conversation with Mr. John Staley of the AO on May 4, 2006.

| Name of Person Reporting | Date of Report |
|---|---|
| Fawsett, Patricia C | 05/05/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Amended July 12, 2006

Signature_____ Date May 10, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544